IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY C. CRUMP                )
                                )
     Plaintiff,                 )
                                )
     v.                         )     1:05CV00025
                                )
CMH MANUFACTURING, INC.,        )
GEROD RICHARDSON, ROCKY DRYE,   )
ALLAN TUCKER, BOB HARVEY,       )
                                )
     Defendants.                )

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss [8] is GRANTED.

The clerk of court is directed to amend the court's records to reflect CMH Manufacturing, Inc. in place of Schultz Homes as one of the defendants in this action.

This the 11th day of July 2006.

                                    _____
                                        United States District Judge